AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Bahig Saliba | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. CV23-01858-PHX-ESW |
| Allied Pilots Association | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Allied Pilots Association
14600 Trinity Blvd., Suite 500
Fort Worth, TX  76155


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bahig Saliba
10824 East Santa Fe Trail
Scottsdale, AZ  85262

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
Signature of

ISSUED ON  12:29 pm, Sep 05, 2023
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Bahig Saliba<br><br>*Plaintiff(s)*<br>v.<br><br>American Airlines Inc.<br><br>*Defendant(s)* | Civil Action No. CV23-01858-PHX-ESW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

American Airlines Inc.
1 Skyview Drive
Fort Worth, TX 76115

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bahig Saliba
10824 East Santa Fe Trail
Scottsdale, AZ 85262

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
                                 *Signature of*

ISSUED ON 12:29 pm, Sep 05, 2023
s/ Debra D. Lucas, Clerk