```
Bahig Saliba
10824 East Santa Fe Trail
Scottsdale, Arizona 85262
Ph. 480-235-0304
Email: medoverlook@protonmail.com
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Bahig Saliba** | Case No. cv-01858-DWL |
| **Plaintiff,** | NOTICE TO THE |
| v. | COURT |
| **American Airlines, Inc.,** | |
| **And Allied Pilots Association;** | |
| **Defendants,** | |

Plaintiff, Captain Bahig Saliba, provides the Court with the following NOTICE of a new law passed in the State of Texas that directly impacts the outcome of this action.

On November 10, 2023, the Legislator passed, and the Governor of Texas signed into law the COVID Vaccine Freedom Bill. "Senate Bill 7 prohibits private employers from requiring employees to get a COVID vaccination-and employers that violate this law are subject to a $50,000 fine as well as a lawsuit and injunctive relief from the Texas Attorney General," said Governor Abbott. https://gov.texas.gov/news/post/governor-abbott-signs-covid-vaccine-freedom-bill-at-governors-mansion

1   American Airlines is headquartered in the State of Texas and as such, Plaintiff
2   Captain Saliba asks the Court to consider this recent development in addition to arguments
3   presented.

6   On this Day of Nov. 29, 2023

7   /s/ Bahig Saliba

10   Bahig Saliba
11   10824 E. Santa Fe Trail
12   Scottsdale, AZ  85262
13   Tel: 480-235-0304
14   Email: medovelook@protonmail.com

21   **CERTIFICATE OF SERVICE**

23   I hereby certify that on this day Nov. 29, 2023, I electronically transmitted the
24   forgoing with the Clerk of the court using the CM/ECF system for filing, with copies
25   submitted electronically via the CM/ECF system to the following recipient:

| | | |
|---|---|---|
| 1 | Lisa Anne Smith (AZ #16762) | Molly Gable (WSBA # 47023) |
| 2 | Deconcini McdonaldYetwin &Lacy, P.C. | Seyfarth Shaw LLP |
| 3 | 2525 East Broadway Blvd., Suite 200. | 999 Third Ave. Suite 4700 |
| 4 | Tucson, AZ  85716-5300 | Seattle, WA  98104-4041 |
| 5 | 520-322-5000 | 206-946-4910 |
| 6 | LASMITH@DMYL.COM | mgabel@seyfarth.com |
| 7 | | Nicholas Gillard-Byers (WSBA # 45707) |
| 8 | | Ngillard-byers@seyfarth.com |
| 9 | | |
| 10 | David l. O'Daniel | Joshua Shiffrin |
| 11 | GORDON REES SCULLY | Bredhoff & Kaiser, P.L.L.C. |
| 12 | MANSUKHANI, LLP | 805 15th Street N.W., Suite 1000 |
| 13 | Two North Central Avenue Suite 2200 | Washington, DC  20005 |
| 14 | Phoenix, AZ  85004 | 202-842-2600 |
| 15 | 602-794-2472 | 202-842-1888 (fax) |
| 16 | 602-265-4716 (fax) | jshiffrin@bredhoff.com |
| 17 | dodaniel@grsm.com | |

By

/s/   Bahig Saliba

3